# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AEGIS SECURITY INSURANCE COMPANY, A Pennsylvania Corporation,** : <br>     **Plaintiff** : <br> : <br> **v.** : <br> : <br> **THE PHILADELPHIA CONTRIBUTIONSHIP FOR THE INSURANCE HOUSES FROM LOSS BY FIRE, A Pennsylvania Corporation,** *et al.*, : <br>     **Defendants** : | **CIVIL ACTION NO. 1:05-CV-1112** |

## ORDER OF RECUSAL

AND NOW, this 3rd day of June, 2005, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action. The Clerk of Court shall reassign the case to another judge.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge